

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00299-CV

**IN THE INTEREST OF J.J.B.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02385
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's April 8, 2014 order terminating the parental rights of James B. is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant because he is indigent.

SIGNED August 27, 2014.

_____
Luz Elena D. Chapa, Justice